# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD L. PRICE

        v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5378FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred in his decision as described in the report; and

The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

| | |
|---|---|
| February 23, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |